IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC J. POWELEIT nka Jamie Poweleit, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS DEJOY Postmaster General, United States Postal Service, <br><br> Defendant. | CASE NO. 1:22-cv-194 <br><br> JUDGE: DOUGLAS R. COLE <br><br><br> **NOTICE OF FILING REPORT OF INVESTIGATION** |

Plaintiff Jamie Poweleit hereby serves notice that she has filed the attached United States Postal Service report of investigation for Agency Case Number 4J-450-0002-21.

Respectfully submitted,

*/s/ David N. Truman*
David N. Truman (0082347)
david@employmentlawpartners.com
Stuart G. Torch (0079667)
stuart@employmentlawpartners.com
EMPLOYMENT LAW PARTNERS, LLC
4700 Rockside Rd.
Suite 530
Independence, Ohio 44131
216.382.2500 (voice)
216.381.0250 (facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2022, a true copy of the Plaintiff's Notice of Filing Report of Investigation was served on all counsel of record via CM/ECF.

/s/*David N. Truman*
DAVID N. TRUMAN (#0082347)