IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC J. POWELEIT<br>nka Jamie Poweleit,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY<br>Postmaster General,<br>United States Postal Service,<br><br>Defendant. | CASE NO. 1:22-cv-194<br><br>JUDGE: DOUGLAS R. COLE<br><br>**DECLARATION OF PLAINTIFF**<br>**UNDER PENALTY OF PERJURY** |

I, Eric J. Poweleit, now known as Jamie Poweleit, make the following unsworn declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I have personal knowledge of the matters stated in this declaration and I am the Plaintiff in the above-captioned action.

2. I first contacted a United States Postal Service ("USPS") EEO counselor to complain about discrimination on February 17, 2021.

3. I received a notice of my right to file a formal complaint of discrimination on May 6, 2021. I filed my formal complaint of discrimination on May 14, 2021.

4. I received the USPS's investigation report on or about July 30, 2021. The report was dated July 30, 2021. A true and accurate copy of the report of investigation was previously filed on the docket in this case.

5. I requested a hearing before an Equal Employment Opportunity Commission ("EEOC") Administrative Judge on August 26, 2021.

6. On April 8, 2022, through my attorney, I filed this case in the U. S. District Court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11-17-2022
DATE

Eric J. Poweleit