IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC J. POWELEIT<br>nka Jamie Poweleit<br><br>      Plaintiff,<br><br>  vs.<br><br>LOUIS DEJOY,<br>Postmaster General,<br>United States Postal Service,<br><br>      Defendant. | CASE NO. 1:22-cv-194<br><br>JUDGE: DOUGLAS R. COLE<br><br><br>**PLAINTIFF'S UNOPPOSED MOTION**<br>**TO AMEND CASE CAPTION** |

    Plaintiff Jamie Poweleit respectfully moves this Court to enter an Order amending the case caption to reflect Plaintiff's legal name change to Jamie S. Poweleit and to remove Eric J. Poweleit from the caption. As grounds for this motion, Plaintiff refers the Court to the attached Declaration of Jamie S. Poweleit and the Judgment Entry of the Hamilton County Probate Court dated March 17, 2023. Counsel for Defendant has confirmed by email that Defendant does not oppose this motion. *See also Fox v. Magana*, No. 5:15-CT-3294-FL, 2016 WL 843280, *3 (E.D.N.C. March 1, 2016) (granting transgender plaintiff's request to amend case caption without discussion)

    WHEREFORE, Plaintiff respectfully requests that the Court direct the Clerk of Court to amend the caption to reflect Plaintiff's name as "Jamie S. Poweleit."

Respectfully submitted,

*/s/ David N. Truman*
David N. Truman (0082347)
Stuart G. Torch (0079667)
EMPLOYMENT LAW PARTNERS, LLC
4700 Rockside Rd.
Suite 530
Independence, Ohio 44131
216.382.2500 (voice)
216.381.0250 (facsimile)
david@employmentlawpartners.com
stuart@employmentlawpartners.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, a true copy of the foregoing Unopposed Motion to Amend Case Caption was served on all counsel of record via CM/ECF.

/s/*David N. Truman*
DAVID N. TRUMAN (#0082347)

2