IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC J. POWELEIT<br>nka Jamie Poweleit,<br><br>      Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY<br>Postmaster General,<br> United States Postal Service,<br><br>      Defendant. | CASE NO. 1:22-cv-194<br><br>JUDGE: DOUGLAS R. COLE<br><br><u>DECLARATION OF PLAINTIFF</u><br><u>UNDER PENALTY OF PERJURY</u> |

I, Jamie S. Poweleit, formerly known as Eric J. Poweleit, make the following unsworn declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I have personal knowledge of the matters stated in this declaration and I am the Plaintiff in the above-captioned action.

2. I applied to the Hamilton County Probate Court to legally change my name to Jamie Sylvia Poweleit.

3. The attached Judgment Entry - Change of Name of Adult, is a true and accurate copy of the entry issued to me by the Probate Court on or about March 17, 2023.

4. By Order of the Hamilton County Probate Court, my legal name is Jamie Sylvia Poweleit.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/13/2023
              DATE

*Jamie S. Poweleit*
Jamie S. Poweleit

# PROBATE COURT OF HAMILTON COUNTY, OHIO
## RALPH WINKLER, JUDGE

IN RE: CHANGE OF NAME OF ____ERIC____ ____JAMES____ ____POWELEIT____
(Present Name)

TO ____JAMIE____ ____SYLVIA____ ____POWELEIT____
(Requested Name)

CASE NO. 2023001276

## JUDGMENT ENTRY - CHANGE OF NAME OF ADULT
[R.C. 2717.09]

On ____MAR 17 2023____, an Application for Change of Name was heard by this Court. The Court finds that Applicant has provided sufficient proof that the facts in the Application show reasonable and proper cause for changing the name.

Applicant's date of birth was ____04/5/1980____ and the place of birth was:

____Cincinnati____ ____Hamilton____ ____Ohio____
City · County · State

Therefore, it is **ORDERED** the name of ____ERIC____ ____JAMES____ ____POWELEIT____
First · Middle · Last

be changed to ____JAMIE____ ____SYLVIA____ ____POWELEIT____
First · Middle · Last

____MAR 17 2023____ _/s/ Kendal Coes_ _/s/ Ralph Winkler_
Date — KENDAL COES, MAGISTRATE — Ralph Winkler, Probate Judge

## CERTIFICATION OF JUDGMENT ENTRY

The above Judgment Entry - Change of Name of Adult is a true copy of the original kept by me as custodian of the records of this Court.

FILED
RALPH WINKLER, JUDGE
(Seal)
2023 MAR 17 PM 1:25
HAMILTON COUNTY
PROBATE COURT

Ralph Winkler, Probate Judge
By: _/s/ Deputy Clerk_
Deputy Clerk
Date: MAR 17 2023

H.C. FORM 21.10 - JUDGMENT ENTRY - CHANGE OF NAME OF ADULT · 01/01/2023